UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WIFI RAIL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-02269-EDL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND**<br><br>Hearing: May 29, 2018<br>Time: 9:00 a.m.<br>Courtroom: E<br>Judge: Magistrate Elizabeth D. Laporte |

The plaintiff WIFI Rail, Inc. brings a motion to remand this action to the Superior Court in and for the County of Alameda, pursuant to 28 U.S.C. § 1447, for lack of federal subject matter jurisdiction. The plaintiff also moves for its costs and expenses incurred in bringing the motion, pursuant to 28 U.S.C. § 1447(c).

After considering the moving papers, opposition and reply papers, the arguments of counsel, and all other matters presented to the Court, and good cause appearing therefor;

///

///

///

IT IS HEREBY ORDERED THAT the motion to remand is GRANTED and fees and costs are awarded to the plaintiff WIFI Rail, Inc. in the amount of $_____, to be paid no later than _____.

Dated: _____
United States District Court Magistrate Judge

PROOF OF SERVICE
[C.C.P. § 1013, C.R.C.§ 2008, F.R.C.P. Rule 5]

I, Sharran L. Rodd, state:

I am a citizen of the United States. My business address is 2275 E. Bayshore Rd., Suite 100, Palo Alto, CA 94303. I am employed in the City of Palo Alto and County of Santa Clara. I am over the age of eighteen years and not a party to this action. On the date set forth below, I caused to be served the foregoing documents described as:

[PROPOSED] ORDER RE PLAINTIFF WIFI RAIL, INC.'S MOTION TO REMAND

on the following persons in this action via email addressed as follows:

Adam Friedenberg
Lauren E. Wood
Glynn & Finley, LLP
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

Victoria R. Nuetzel
San Francisco Bay Area Rapid Transit District
Office of the General Counsel
300 Lakeside Drive, 23rd Floor
Oakland, CA 94612

:     BY FIRST CLASS MAIL - I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

:     BY FACSIMILE - I caused said document to be transmitted by Facsimile machine to counsel at the numbers indicated after the address(es) noted above.

:     BY HAND DELIVERY

:     BY Federal Express

X:     BY email IN THE FORM OF A PDF FILE

[ ]     (STATE) I declare under penalty of perjury that the foregoing is true and correct.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 20, 2018 at Palo Alto, California.

Sharran L. Rodd
(Type or Print Name)           Signature